

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00269-CV

———————————————

TIMOTHY M. HALL AND PHILIP L. HALL, Appellants

V.

MELISSA ANN RIVAS, PHILLIP ANDREW RIVAS, AND ANNE VICKERS CRAWFORD-HALL, AS TRUSTEE OF THE ANNE VICKERS CRAWFORD-HALL TRUST, Appellees

---

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV21-0600

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  November 4, 2021